UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Leon Henry Collins, | Case No. 25-CV-4361 (JMB/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| Diana E. Murphy, | |
| Respondent. | |

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty dated December 17, 2025. (Doc. No. 3.) The R&R recommends that the Court dismiss this action under Federal Rule of Civil Procedure 41(b). (*Id.*) Neither party objected to the R&R in the time allowed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 3) is ADOPTED; and

2. The action is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 11, 2026                       /s/ *Jeffrey M. Bryan*
                                               Judge Jeffrey M. Bryan
                                               United States District Court

1